**Exhibit A to the Complaint**

**Location:** Hackensack, NJ  **IP Address:** 173.63.188.7
**Total Works Infringed:** 52  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 238F3CAB67F035AAC2B4C46923C4755DA438275F<br>File Hash:<br>84F325B047EA3E685F07C5688893BC8F365397C2D537F0B9C34D98D4704385C7 | 10-07-2023 03:39:04 | Blacked Raw | 10-02-2023 | 10-18-2023 | PA0002435277 |
| 2 | Info Hash: 5D7E18C90D2BDC66702CE75F9581B01F62D72F75<br>File Hash:<br>E8F960C8B90462A28CE53EEB5ECD62ED2DDAA8291CB2706A1306788367471622 | 10-01-2023 05:27:34 | Vixen | 09-29-2023 | 10-18-2023 | PA0002435610 |
| 3 | Info Hash: 32195862613155144BABBEA5E948234A07A54411<br>File Hash:<br>FFCD052E0F8D7BB12C5A36E6CDF79091A354C4B2AF9393EE18D5F31B4ED1E5A4 | 09-12-2023 04:08:45 | Tushy | 09-03-2023 | 09-17-2023 | PA0002430895 |
| 4 | Info Hash: 63942AA9A603D37448FBF06D197882B80A992E65<br>File Hash:<br>2D8E4D7E79CFA9A9D57AE077BE384E1CA9AA775F436C842117D5569EE775EBBC | 08-22-2023 05:42:17 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 5 | Info Hash: 50BF58C05F2E44DFBD1A7A7DA1418DDF3982A714<br>File Hash:<br>CFC1C9AB3D9D998191B29B79C7EA1DCAB8449251BB233A9BD7B1F97A9DAED105 | 08-17-2023 19:32:45 | Tushy | 08-13-2023 | 10-18-2023 | PA0002435313 |
| 6 | Info Hash: 5E74B451BD8632A7E6BEAE08E8BF4F574A7827A4<br>File Hash:<br>3F433B79BCF3B736F87A83191E5B61FE19A8D8E9B649C510597B3F29E11CF5F3 | 08-13-2023 05:00:25 | TushyRaw | 08-09-2023 | 08-17-2023 | PA0002425525 |
| 7 | Info Hash: BFC7CAD0315EFCFE61C34B29DED25E822A2D1BFF<br>File Hash:<br>BB4371FC402A8EA87E5950788B54385FF6BDD95FEE732FE25278E7F15501BE27 | 07-29-2023 01:01:43 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |
| 8 | Info Hash: 4DB6325527D16998B3B4A085DCBFEE0158CC85B1<br>File Hash:<br>F9979946C0FB6D83E250D897E43675AF1D2ABEBA308AB6A4764147D6C71DE3CA | 07-27-2023 05:27:10 | TushyRaw | 07-19-2023 | 08-17-2023 | PA0002425534 |
| 9 | Info Hash: 97787C4772B7EB081D10ADB5FEAED83934FB47B0<br>File Hash:<br>CEF5533BAE72DC697F0D7A706E07C65DE317200B08504010C291D46CF59C4BC3 | 07-27-2023 04:49:30 | Vixen | 07-21-2023 | 08-17-2023 | PA0002425767 |
| 10 | Info Hash: 9EFBEAA49C4ED2A26CD82D6B1A31EF486B95E17F<br>File Hash:<br>AAF42D647BD6B9ACC7CB8D8AF58F9A080C6513EF0A952A399E184C9DABDC7C3D | 07-21-2023 14:30:07 | Tushy | 07-16-2023 | 08-17-2023 | PA0002425541 |
| 11 | Info Hash: CBF169BD65E159F069B1A5BFC74B2DFDBB68C1C2<br>File Hash:<br>ABDCE58027E50A5BB9B0B780C21A50D1516A352592392F83BC5455EC9F692DD5 | 06-25-2023 02:42:10 | TushyRaw | 06-21-2023 | 08-22-2023 | PA0002431054 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 87B318292B16327F64998E2B11D8AA8E8F1D9001<br>File Hash: 4CD0DCF59DA70450B04C08756ACBF2AE77DE301084DD0645862997228C5E6E77 | 06-20-2023 05:31:47 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 13 | Info Hash: B21E889B6C8779975F3E0386CA8706633E97635B<br>File Hash: 255E0C524DDD1BC5B343036966B70028E1BD79871C4BF1012259A9B0399A5A55 | 06-15-2023 03:43:46 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 14 | Info Hash: E32E6091BEC7A4EC0F7B3790091D4DD6D4368844<br>File Hash: 4F90CE55D757C603F9900A86135ED4ED2F36C2412729CD6633A1A08FC4086314 | 06-13-2023 04:51:10 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 15 | Info Hash: 37BE784FF20F43A18E5F32BE2427EC73DF3F51AE<br>File Hash: BD348E68AC7CB8760B42C1648842AD4891785BAEDC0CEDAE2967A76AB428B5C2 | 06-13-2023 04:51:07 | Vixen | 06-09-2023 | 08-22-2023 | PA0002431036 |
| 16 | Info Hash: 3658D8008479A4D8908A15B8C4FF207266C7E304<br>File Hash: B06B1588D52DF11A9C38BED7FDAE4C9402C9D714FE1D454DB2D768C99EAD8C14 | 05-23-2023 05:27:42 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 17 | Info Hash: C83EF20E1013A6AB938ACC23C498F145ACB28795<br>File Hash: C5C14A43507207DB518B53BF7C10C7D83250E02533C5197754542C27E5E4C634 | 05-09-2023 23:51:20 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 18 | Info Hash: A0ED9C253EF5920698BBC6371BBFA77DB244C27B<br>File Hash: 18DC1340E4589EF24B7A19CD576DD2F10258BF5A12BB38DBC26A6E14FD936D05 | 05-04-2023 17:17:44 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 19 | Info Hash: 65C96C9B29CA86AFDC7700127473D74E2231ED47<br>File Hash: 789D388B32450DD7765516215B4AE6E80EADDD364F306CD24092B293E915B7C6 | 04-28-2023 16:16:07 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 20 | Info Hash: 318D74504949E1B3024EA3FEA85B2B8E67AAC944<br>File Hash: A497ED83C7A145CEFD3CA0C79FEC48253779DC5916EE08779F7A02F5A143EEF9 | 04-24-2023 22:16:33 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 21 | Info Hash: CF908D8BA58ED5AD647C500172BF9D2D523E429E<br>File Hash: AF9F1602B97C23C054D8C37312CA084505123BE0169F4F4FCEE360018B62DD24 | 04-17-2023 05:49:27 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 22 | Info Hash: 30301D91EB7B5A90760AA74896B144B14379DD64<br>File Hash: 6BCEB16549DD0A377B08BAEE1ECD57E3BAE36C319AF76E4B89E8DD8D03BFDACB | 04-10-2023 15:41:42 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |
| 23 | Info Hash: EB4A9DF936FDE36CD9D8E2947C44B32F735F7A76<br>File Hash: F251819BD9ED6875E59A282628E5585C935471AF568355DE9EEC390A3A8889AF | 03-26-2023 21:36:28 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 6DF96D14D583033748F71DBC604AC9E07ACD02B9<br>File Hash: 8309AA472A5C7695B4C4F866454BBBBED0D9E1FC45AF2042640756218F1E82CD | 03-22-2023 04:16:38 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 25 | Info Hash: C15FBB5938E152114DD4A8B2885DF95D3E4A2348<br>File Hash: FC0060491B5BA33DEB7BCC4A4C5AD9993F7A7D9DC48246BCAE9C239F213A79FC | 03-13-2023 16:06:37 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 26 | Info Hash: B1D2CE1C12DD299D4C4746CA986BB4AB65FFD52D<br>File Hash: 08D68414DB8CE56E0E2B9DD81A16A3F1C07FCD452EE42EADAB5229E0F0D4391C | 03-07-2023 02:26:24 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 27 | Info Hash: 5934CAF7E62BD17FF2B6CEF24482B13A9B4A3BD0<br>File Hash: 8CDB3681EAE8E4D7005F5759D3873A0EA4F631F1C6547F7C66C73E474366A784 | 03-03-2023 16:50:31 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 28 | Info Hash: 743B436198D58868EE90DB21DD73E45156E91E69<br>File Hash: 68CAF48F7FAE60974122CFFA222A37ABFC4F3254649FB4BEB1FB67B8C19A452F | 02-06-2023 05:59:27 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 29 | Info Hash: 61C660920152C521141FBA9AC0D51F3EC79F05DD<br>File Hash: 23834C981F2CCD9878E86E37608033A3B27493E719DEFAF1BC049A9887BE445F | 01-22-2023 20:58:05 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 30 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash: 0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 01-09-2023 19:47:34 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 31 | Info Hash: C0EE52C628BBB3CB1DDEA783D867A9675A1BAFF1<br>File Hash: 33953DA72149AA36B404F352CA118B089BF49A70175C700A253B568816683F35 | 12-27-2022 23:19:52 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 32 | Info Hash: B4872849CA199ABA718FA1760215E33895C853E5<br>File Hash: ABD6283E55070462A895BEC1BB4AF7DB8EDF70D1DA197CF76BF91B5558365471 | 12-18-2022 17:19:56 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 33 | Info Hash: 9FD030F39D82AEE61DD8AB857E9909A0BE1C8CA1<br>File Hash: 8C3DAACA6DC292B5883A77B6BC1E4132AD50581A1B1EE79D0C37A1B7F6D35E05 | 12-02-2022 16:55:31 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 34 | Info Hash: AE8B289AFFF64C753AA2C717FFA3C83A8218B65D<br>File Hash: ED300EB718FFF1ED54F124FA0DCDB64E6AFD1E470B0269D50872CE6413ADD235 | 12-01-2022 03:50:56 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 35 | Info Hash: 35F44879228811CF9C2110079EA8CD9171E7A611<br>File Hash: 55276562F44CADDD8899A9228D58BC97315ED70D649C5210B42D57DB4C43EB68 | 11-29-2022 23:28:59 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B53E8A5120702E0836DC0FF45BB700C33E17CD60<br>File Hash: 089ED36D132071F6A22F01E2880CE5415628D1BF44A9594B7C0CD08BD4B64020 | 11-28-2022 22:37:28 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 37 | Info Hash: F6258E0BEBA58E3EB038EA41D51919ED7AE101BF<br>File Hash: B2F1872CD8202F3FAF7BDB3FF46F33698315112D32C4C7D83EC78A205C4DABDC | 11-23-2022 18:56:37 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 38 | Info Hash: BB70E95DE9AB25B990DB4DE8A13E192C7E4238D6<br>File Hash: 230AC2723436FB510813623F6EB4A10E892D81E00376F08C4B6C3EFBF906BD9B | 11-14-2022 10:20:49 | Vixen | 06-18-2017 | 07-07-2017 | PA0002070833 |
| 39 | Info Hash: 7EE037A2CE46858575B7A649A329190DED3144FD<br>File Hash: 86C341BE7EA13C9304EBA639F39D46D0F1E64D62E716D24E77870C601285180A | 11-14-2022 05:32:01 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 40 | Info Hash: D1651C6DA29AE55AF598EC11B767B6F14CA7D63B<br>File Hash: B06835EE187A664818E9D1423A605CE02199925A9DA30454191EBDC07AE742F8 | 11-09-2022 07:09:26 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 41 | Info Hash: 307B10AC43F5DC6307100B5B98A340DE5AAFEB06<br>File Hash: C7D34553FCDA2EFC004355B0406EA2A6E06952123D496330EA7D562A82B58962 | 10-25-2022 23:18:33 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 42 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash: D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10-19-2022 20:49:46 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 43 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash: F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10-18-2022 03:59:37 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 44 | Info Hash: 7C27BF095E4F194CF45757269281F48FF810FD09<br>File Hash: AB0A8264525BCAB853B2C49533E4DAA1A773A8801E286C169036253E64C206EB | 10-18-2022 02:20:26 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 45 | Info Hash: 3CAED54419E7040926306C7CDB90543A60836017<br>File Hash: F73C3FBED5EF9B2D00D2257BB46E1AD2C2F9BCC95EAD6734B941C6606DF4737E | 10-16-2022 12:55:36 | Blacked | 01-20-2019 | 02-22-2019 | PA0002155135 |
| 46 | Info Hash: 119AF0FE0D600A691A6BE72E8E70780F0211AD6F<br>File Hash: DEF2A0F290E45AF5B8763396AFF59078D56742F92C671B88355E180BA3E645EA | 10-16-2022 11:31:21 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 47 | Info Hash: A26A6EB5ABB7F0C8AC2332FA285888FD3CC8B957<br>File Hash: 3F55C01EC49B2EBFACC7CE0DD0E9476E17B670CE855BA82E1C7851DA83EEC0F0 | 10-16-2022 10:53:58 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 23E60E8D227971B676B503134438D9BD9DE3E1B9<br>File Hash: 3C9F7C7934A166D1C89A63AF9D69A5550D948311330810B283FF4A80832F1006 | 10-16-2022 07:45:09 | Vixen | 12-30-2018 | 01-22-2019 | PA0002147900 |
| 49 | Info Hash: 1006899BE352E356CFE7C13D65965A916883A8C4<br>File Hash: AA2DF345E96A56235FEEA4C8DD7A44605A1A57D230FE5E29E3409FD089130D35 | 10-16-2022 07:45:00 | Vixen | 03-20-2019 | 04-17-2019 | PA0002186982 |
| 50 | Info Hash: 7152A6051DE2C1F4025351410C9A3E333D4F6A64<br>File Hash: 43D9E151378155CEC295D86B7C81B85553EF8B00059F7219ED4A2842E930D05F | 10-16-2022 07:44:55 | Blacked Raw | 02-13-2019 | 03-24-2019 | PA0002183197 |
| 51 | Info Hash: 103C104845EA92DF434870AF32157ADF8776A105<br>File Hash: 9B8A219E98FA288C57CCF76D04BC85851A377884ADA249E4D50065ACC4596450 | 10-16-2022 04:41:55 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 52 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash: 64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-03-2022 17:54:08 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |